Georgia A. Staton, Bar #004863
Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7854
gstaton@jshfirm.com
glewis@jshfirm.com

Attorneys for Defendant City of Phoenix

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Candice Wilson,<br><br>                           Plaintiff,<br><br>v.<br><br>City of Phoenix,<br><br>                           Defendant. | NO. 2:16-cv-02973-SPL<br><br>**NOTICE OF STATUS OF FINAL SETTLEMENT AGREEMENT** |

The parties participated in a settlement conference on October 5, 2017 and reached a tentative settlement (Doc. 30). Counsel for Defendant presented the settlement terms to the City and thereafter was instructed to prepare all closing documents so that a payment ordinance could be generated and placed on the City Council's next available agenda. Counsel for Defendant has also requested and received from Plaintiff's attorney her firm's W-9 and acknowledgement letter of settlement.

DATED this 9th day of November 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Georgia A. Staton
    Georgia A. Staton
    Gordon Lewis
    40 North Central Avenue, Suite 2700
    Phoenix, Arizona 85004
    Attorneys for Defendant City of Phoenix

6286627.1

SCHIFFMAN LAW OFFICE, P.C.


By /s/ Lisa Counters (w/permission)
Lisa Counters
4506 North 12th Street
Phoenix, AZ 85014-4246
Attorneys for Plaintiff Candice Wilson

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of November 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Martín Lucero

6286627.1

2